

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00557-CV

**CARDINAL SENIOR CARE, LLC,**
Appellant

v.

Greg **BRADWELL,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI11679
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellee's brief is due on February 28, 2022. On February 17, 2022, appellee filed an unopposed motion to extend time to file appellee's brief. The motion is GRANTED. Appellee's brief is due **no later than March 30, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court